PROB.22
(Rev. 2/88)

| TRANSFER OF JURISDICTION | | | DOCKET NUMBER (Tran. Court) CR00-00019-01T<br>DOCKET NUMBER (Rec. Court) |
|---|---|---|---|
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br>Anthony Eaton<br>Watertown, Massachusetts 02472 | DISTRICT<br>Massachusetts | | DIVISION<br>Boston |
| | NAME OF SENTENCING JUDGE<br>Honorable Ernest C. Torres<br>Senior United States District Judge | | |
| | DATES OF SUPERVISED RELEASE | FROM: 07/28/03 | TO: 07/27/08 |

OFFENSE: Count I: Possession with Intent to Distribute Cocaine Base, in violation of Title 21, United States Code, Section 846, a Class B felony, Count II: Possession with Intent to Distribute Cocaine Base and Aiding & Abetting, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B) and Title 18, United States Code, Section 2, a Class B felony.

SENTENCE: Counts I & II: 41 months custody of the Bureau of Prisons, 5 years Supervised Release, Special Conditions: 1. That the defendant pay the cost of supervised release in the amount of $235.52 for each month (Interest deferred until defendant was released from incarceration.); 2. The defendant shall participate in substance abuse counseling and treatment as determined by the Probation Department.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.

12/11/07
*Date*

*Honorable Ernest C. Torres*
*Senior United States District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 8, 2008
*Date*

*United States District Judge*